UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NICHOLAS SCOTT CASSELL<br><br>  Defendant. | CR-09-015-EFS-23<br><br>ORDER GRANTING MOTION TO ALLOW EMPLOYMENT |

Before the Court is defendant's Motion to modify conditions of release to allow employment (Ct Rec 524).

The Court having considered the Motion and the letter from Mr. Cassell's treatment provider, and after a review of the files and records herein, hereby Orders that the Release Conditions entered in this case are amended to allow Mr. Cassell to obtain employment and to be allowed to come and go to his employer's worksite(s). Defendant's Motion (Ct. Rec. 524) is GRANTED.

DATED April 13, 2009.

                    s/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER ***