UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-015-EFS-23 |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART MOTION TO MODIFY |
| NICHOLAS SCOTT CASSELL | |
| Defendant. | |

At the August 7, 2009, hearing on Defendant's Motion to modify conditions of release (Ct. Rec. 950), Assistant U.S. Attorney Russell Smoot represented the United States. Attorney David Miller represented the Defendant, who waived his right to be present.

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 950)** is **GRANTED in part** as follows:

1. Defendant shall not be subject to home detention or curfew from today through 10:00 p.m., Saturday August 15, 2009, to permit travel for his honeymoon. Defendant shall provide, prior to leaving, to Pretrial Services all information as to his destination.

2. From Saturday, August 15, 2009, Defendant shall be subject to a curfew of 10:00 p.m. to 6:00 a.m.

3. All employment arrangements must be with prior permission of Defendant's treatment provider and Pretrial Services.

All other conditions of release shall remain in full force and effect.

DATED August 7, 2009.

                S/ CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION TO MODIFY - 1