UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SCOTT NICHOLAS CASSELL (a/k/a Nicholas Scott Cassell) (23),<br><br>            Defendant. | NO. CR-09-0015-EFS-23<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Pursuant to Federal Rule of Criminal Procedure 32.2(b), **IT IS HEREBY ORDERED:** Defendant shall forfeit the assets, as outlined below, to the United States pursuant to 21 U.S.C. § 853, as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the violations to which Defendant pled guilty, and as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of those violations, including:

1) $10,321.00 U.S. Currency seized on or about February 24, 2009.

2) $2,035.00 U.S. Currency seized on or about February 24, 2009.

ORDER ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___26th___ day of January 2010.

<pre>
                          s/Edward F. Shea
                         EDWARD F. SHEA
                   United States District Judge
</pre>

Q:\Criminal\2009\15.23.prelim.forfeit.wpd

ORDER ~ 2